UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD K. GARICK, individually and on behalf of all others similarly situated, Plaintiff, ) ) ) ) ) | |
| v. ) | C.A. No.: 1:17-cv-12042-IT |
| ) MERCEDES-BENZ USA, LLC ) Defendant. ) ) | |

## MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 15(a)(2), the plaintiff Richard K. Garick ("Plaintiff") respectfully requests leave of Court to file the First Amended Complaint in the form attached herewith as "Exhibit A."

As grounds therefor, the Plaintiff states as follows:

1. This case was filed on September 12, 2017.

2. It was removed to this Court on October 18, 2017 pursuant to the Class Action Fairness Act. *See* 28 U.S.C., § 1332(d).

3. Plaintiff filed a motion to remand to state court. At the hearing, the Court asked Plaintiff to clarify the putative class the Plaintiff sought to represent. The amended complaint seeks to provide this clarity.

4. The Court denied the motion to remand, finding that the amount-in-controversy exceeds $5,000,000.00. Because the case has now been removed to federal court, the Plaintiff desires to add a federal cause of action (i.e., violations of the Magnuson-Moss Warranty Act, 15 U.S.C., § 2301, *et seq.*). The First Amended Complaint adds this additional cause of action.

5. Finally, the defendant Mercedes-Benz USA, LLC ("MBUSA") sought to dismiss

1

on various grounds.  Although the Plaintiff believes the initial complaint is sufficient, the Plaintiff took the opportunity (while making the other amendments discussed above) to bolster some of the factual averments to remove all doubt whatsoever.[1]

6.  Leave to amend the Complaint shall be freely given upon request.  *See* FED. R. CIV. P. 15(a).  Although amendment is allowed as a matter of course (and without motion) before a responsive pleading is filed – leave is required if an amendment is sought more than 21 days after a rule 12(b) motion is filed by the defendant.  *See id*.

7.  MBUSA has yet to file a responsive pleading.  However, MBUSA did file a Rule 12(b)(6) motion more than 21 days ago.  Therefore, this request for leave is necessary, despite the routine nature of the request.

8.  There is no prejudice to MBUSA here because the case is still in its infancy.  The Court has not yet held its scheduling conference and discovery has not yet commenced.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant leave, and accept the First Amended Complaint for filing in the form attached herewith as Exhibit A.

Respectfully submitted,

*/s/ Joshua N. Garick*
_____
Joshua N. Garick, Esq. (BBO #674603)
LAW OFFICES OF JOSHUA N. GARICK, P.C.
34 Salem Street, Suite 202
Reading, Massachusetts 01867
Phone: (617) 600-7520
Joshua@GarickLaw.com

*Counsel for Plaintiff and the Class*

Dated:  April 17, 2018

---

[1] The Plaintiff also reserves the right to request additional leave to amend in the event the Court believes there are additional factual deficiencies that could be cured by a routine amendment.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

  I certify that, in compliance with Local Rule 7.1(a)(2), I conferred with counsel for the defendant and have attempted in good faith to resolve or narrow the issues that are the subject of this motion.

                   */s/ Joshua N. Garick*
                   _____
Dated: April 17, 2018         Joshua N. Garick, Esq.

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 17, 2018.

                   */s/ Joshua N. Garick*
                   _____
Dated: April 17, 2018         Joshua N. Garick, Esq.