UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD K. GARICK, individually and on behalf of all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 17-cv-12042-IT |
| MERCEDES-BENZ USA, LLC, | * * | |
| Defendant. | * * | |

ORDER OF DISMISSAL

March 29, 2019

TALWANI, D.J.

Pursuant to the court's Memorandum & Order [78] allowing Defendant's Motion to

Dismiss [54], Plaintiff's claims against Defendant are dismissed with prejudice. Accordingly,

this case is CLOSED.


IT IS SO ORDERED.                                    /s/ Indira Talwani
                                                     United States District Judge